UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAOYUN WANG, and<br>MAHMOOD RASHID AMUR AL HABSI<br><br>Defendants. | CRIMINAL NO. 24-CR-49 |

### GOVERNMENT'S NOTICE TO UNSEAL

The United States of America, by and through its undersigned counsel, respectfully submits this Notice to Unseal the Indictment and Related Pleadings in the above captioned case. On January 25, 2014, the Court ordered that the government's Motion to Seal, the Indictment and other related pleadings in above-captioned matter would be sealed "until the government files on the record a Notice that it seeks to unseal the matter, at which time the Clerk of Court shall immediately unseal these documents." The government requests that, consistent with the Court's order, the Clerk of Court immediately unseal these materials upon receipt of this Notice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

  /s/  *Maeghan O. Mikorski*
Maeghan O. Mikorski
Assistant United States Attorney
D.C. Bar Number 90001976; N.Y. Bar Number 5406202
United States Attorney's Office
601 D St. NW

> Washington, D.C. 20530
> Telephone: 202-815-9024
> Email: maeghan.mikorski@usdoj.gov